# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **NOTICE OF APPEAL** |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.    1:24-po-00188-SAB |
| ROBERT M. BRATTON, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Notice is hereby given that ROBERT M. BRATTON appeals to the United States District Court for the Eastern District of California from the:

( )    Conviction only
(X)    Conviction and Sentence
( )    Sentence only
( )    Order (specify):


Bail Status:  Mr. Bratton is out of custody.


Dated: December 4, 2025

*/s/ Laura Myers* _____
LAURA MYERS
Assistant Federal Defender
ADDRESS:    Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
PHONE:    (559) 487-5561
----------------------------------------------------------------

Name of Court Reporter: ECRO
Transcript Required:   ( X ) YES      ( ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)