IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Appellee<br><br>vs.<br><br>**ROBERT M BRATTON**<br><br>Appellant | NO. 1:25−CR−00226−JLT<br><br><br><br>BRIEFING SCHEDULE<br>**See Local Rule 422** |

    On **December 04, 2025** the Clerk's Office filed your Notice of Appeal from a Magistrate Judge's decision in case number: **1:24−po−00188 SAB.** .  The appeal will proceed in the above entitled case number.

    Within **fourteen (14) days** from the filing of the notice of appeal, appellant shall order the official transcript using the Transcript Ordering Form CAED 435 available on the court's website, or file a certificate stating that no transcript will be ordered.

    Appellant's brief shall be served and filed within **twenty−one (21) days** after the filing of the appropriate transcripts or certificate stating that no transcript will be ordered.

    Appellee's brief shall be served and filed within **twenty−one (21) days** after the filing and service of appellant's brief.

    Appellant may serve and file a reply brief within **seven (7) days** after service of appellee's brief.

    These periods may be altered by the assigned Judge upon application of the parties or sua sponte.


DATED:   December 5, 2025

   /s/  **E. Flores**
   Deputy Clerk