HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT BRATTON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-226-JLT |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| ROBERT BRATTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Robert Bratton, that the Court may modify the briefing schedule for Mr. Bratton's appeal of a magistrate judge decision.

On December 4, 2025, Mr. Bratton filed a timely Notice of Appeal. *See* Case No. 1:24-po-188 (hereinafter, "Magistrate Docket"), No. 38. That following day, the Court issued its standard Briefing Schedule. *See* ECF No. 2. Under the Briefing Schedule, Mr. Bratton's opening brief is due 21 days after the filing of appropriate transcripts. The transcript was filed January 16, 2026. *See* Magistrate Docket No. 41. Accordingly, his opening brief is currently due February 6, 2026, and the government's answering brief is due 21 days after the filing of Mr. Bratton's opening brief. *See* ECF No. 2. The Briefing Schedule further provides: "These periods may be altered by the assigned Judge upon application of the parties . . . ." *Id.*

The parties have conferred and request that the Court alter the Briefing Schedule to enable each party adequate time to review the record and conduct necessary research. The parties have as follows: appellant's brief due March 9, 2026; appellee's brief due April 13, 2026; and appellant's reply brief due April 27, 2026.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 29, 2026          */s/ Cody Chapple*
                                CODY CHAPPLE
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: January 29, 2026          */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROBERT BRATTON

## **O R D E R**

**IT IS SO ORDERED.**  Appellant's brief is due March 9, 2026; Appellee's brief is due April 13, 2026; and Appellant's reply brief is due April 27, 2026.

IT IS SO ORDERED.

Dated:   **January 30, 2026**

UNITED STATES DISTRICT JUDGE

Bratton – Stipulation to Modify Briefing Schedule          2